UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-mc-80718-MARRA/MATTHEWMAN

RAYMOND JAMES AND ASSOCIATES,
INC.,

       Petitioner,

vs.

TERRAN ORBITAL CORP.,

       Respondent.

_____/

**ORDER**

In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby **ORDERED AND ADJUDGED** that the above-captioned cause is **REFERRED** to United States Magistrate Judge William Matthewman for appropriate disposition and/or report or recommendation.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of April, 2020.

KENNETH A. MARRA
United States District Judge